# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PARK TOWNE HOLDINGS LP, a California Limited Partnership; XS ACQUISITIONS, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:17-cv-01876-MCE-CKD<br><br>**ORDER** |

In accordance with the parties' stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1), and good cause appearing, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: August 7, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE